## Thomas Jeff Brumit, Appellant, v. R. M. Wasson and Indian Motorcycle Sales Company, Appellees.

Gen. No. 41,582.

opinion filed April 28, 1941. Edward J. Green and Robert Friedlander, for appellant; Robert Friedlander, of counsel; Burt A. Crowe, for appellees. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."